THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY JOHNSON JR., an individual, and ERIC NATIVIDAD, an individual,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>　　　　　　　Defendant. | CASE NO. C19-0260-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an amended scheduling order (Dkt. No. 17). The Court hereby GRANTS the motion and orders as follows:

1. Discovery must be completed by January 4, 2021;
2. Dispositive motions must be filed by February 3, 2021;
3. The 8-day estimate bench trial is set for May 10, 2021, at 9:30 a.m.;
4. The proposed pretrial order must be filed no later than 14 days prior to the new trial date; and
5. Trial briefs must be filed no later than 7 days prior to the new trial date.

//

MINUTE ORDER
C19-0260-JCC
PAGE - 1

1     DATED this 4th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0260-JCC
PAGE - 2