UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY JOHNSON, JR., an individual; and, ERICK NATIVIDAD, an individual,<br><br>Plaintiffs,<br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | CASE NO. C19-0260-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notices of settlement filed by Plaintiffs Gary Johnson, Jr. and Erick Natividad (Dkt. Nos. 24, 25). According to the notices, the parties have agreed to settle all claims in this matter and are preparing a formal notice of dismissal. (*Id*.) Accordingly, the Court DIRECTS the Clerk to vacate the trial date and case management deadlines.

//

//

//

//

DATED this 29th day of April 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk